### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Crim. No. 21-cr-471 (ABJ)** |
| v. | : | **Under Seal** |
| | : | |
| **GILBERTO JAVIER APRAEZ-MUNOZ,** | : | |
| | : | |
| Defendant. | : | |

### STATUS REPORT

The United States, by its undersigned attorney and pursuant to the Court's Order, hereby provides the following report in this case.  The Government states as follows:

1.  The defendant is charged with Unlawful Distribution of Five Kilograms or More of Cocaine for Importation into the United States in violation of 21 U.S.C. Section 959.

2.  The vetted Colombian law enforcement team has the necessary warrants and hopes to arrest the defendant next month.

Respectfully submitted,
MATTHEW GRAVES
UNITED STATES ATTORNEY

BY:   _/s/ Nihar Mohanty_____
NIHAR R. MOHANTY
D.C. Bar No. 436-686
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov (email)

1