AO 442 (Rev. 11/11) Arrest Warrant

1130 5581

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL -DC AM9:42
RECEIVED JUL 16 '21

United States of America
v.
GILBERTO JAVIER APRAEZ-MUNOZ

*Defendant*

)
)
)
)
)
)

Case: 1:21-cr-00471
Assigned To : Jackson, Amy Berman
Assign. Date : 7/15/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GILBERTO JAVIER APRAEZ-MUNOZ
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 959 - (Unlawful Distribution of Five Kilograms or More of Cocaine for Importation into the United States)

CRIMINAL FORFEITURE: 21 U.S.C. §§ 853(a), (p) and 970

Date:   07/15/2021

G. Michael Harvey
2021.07.15
18:09:57 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/16/21, and the person was arrested on *(date)* 3/14/24
at *(city and state)* Washington DC

Date: 3/14/24

*Arresting officer's signature*

Michael Brennan  DUSM
*Printed name and title*